UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JOHN M. PRETEROTTI, :<br>　:<br>　Plaintiff, :<br>　:<br>　v. : File No. 1:16-cv-00091-jgm<br>　:<br>CHRISTOPHER LORA, Vermont State :<br>Police Officer; JOHN DOE, Station :<br>Commander, Vermont State Police :<br>Barracks; and JOHN DOE, Director of :<br>State Police, :<br>　:<br>　Defendants. : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed October 6, 2016. (Doc. 11.)  The Report and Recommendation is AFFIRMED, APPROVED and ADOPTED absent objection.  See 28 U.S.C. § 636(b)(1).

Defendant Christopher Lora's Motion to Dismiss Plaintiff's Complaint in its entirety (Doc. 7) is GRANTED.  Further, the claims against the two John Doe Defendants are DISMISSED sua sponte.

Plaintiff shall be allowed thirty days to file an Amended Complaint.  The amended filing should be entitled "Amended Complaint" and contain all claims against all parties, as it will supersede the original Complaint in all respects.  Failure to file an Amended Complaint within thirty days will result in dismissal of this action with prejudice.

It is further certified that any appeal taken <u>in forma pauperis</u> from this Order would not be taken in good faith because such an appeal would be frivolous. <u>See</u> 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 17th day of November, 2016.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge